IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01855-REB-KMT

RICHARD REID,

    Plaintiff,

v.

MR. R. WILEY, Warden Federal Bureau of Prisons,
MR. A. GONZALES, United States Attorney General, and
MR. H. WATTS, General Counsel Federal Bureau of Prisons,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

This matter is before the court on Defendants' "Motion to Dismiss by Harrell Watts (#39) and "Motion to Dismiss by Ronald Wiley" (#41), filed February 12, 2008. Plaintiff Richard Reid filed a notice of his withdrawal of the claims made against Defendants Wiley and Watts in their individual capacities on February 22, 2008. Therefore, the Clerk of Court is directed to terminate Defendants Wiley and Watts in their individual capacities ONLY. The Clerk of Court is also directed to terminate the pending motions to dismiss Defendants Wiley and Watts (## 39 and 41) in their individual capacities.

Dated: August 11, 2008