IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01855-REB-KMT

RICHARD REID,

    Plaintiff,

v.

MR. R. WILEY, Warden Federal Bureau of Prisons,
MR. A. GONZALES, United States Attorney General, and
MR. H. WATTS, General Counsel Federal Bureau of Prisons,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendants' "Unopposed Motion for Clarification Regarding a Consolidated Date for Response to Plaintiff's First Amendment Claims" (#77, filed October 6, 2008) is GRANTED. Defendants shall file a response to Plaintiff's First Amendment claims within ten days of the filing of an amended complaint.

Dated: October 8, 2008