IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01855-REB-KMT

RICHARD REID,

    Plaintiff,

v.

MR. R. WILEY, Warden Federal Bureau of Prisons,
MR. A. GONZALES, Untied States Attorney General, and
MR. H. WATTS, General Counsel Federal Bureau of Prisons,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion for Reconsideration & Clarification Motion to Intervene as Defendants Under Fed.R.Civ.P Rule 24(a)2, 24(b) Motion for Brief of Amicus Curaie, Friend of the Court" (# 99, filed on November 28, 2008) is DENIED.

Dated: December 19, 2008