IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01855-PAB-KMT

RICHARD REID,

    Plaintiff,

v.

R. WILEY, Warden Federal Bureau of Prisons, et al.,

    Defendants.
_____

**ORDER**
_____

This matter is before the Court on plaintiff Richard Reid's "Appeal of Order Adopting in Part Recommendation of the United States Magistrate Judge" [Docket No. 80]. Although this pleading originally appeared to be an appeal to the Tenth Circuit, plaintiff later clarified [Docket No. 93] that he intended the pleading to be a motion for reconsideration to this Court. Plaintiff requests that the Court reconsider the part of its September 24, 2008, Order [Docket No. 74] which adopted the Magistrate Judge's recommendation that plaintiff's equal protection claim be dismissed.

I have reviewed the motion and the related materials and, being fully advised of the premises, conclude that the Court's Order shall stand. Contrary to plaintiff's assertion, the Court's recognition of the highly-publicized nature of plaintiff's religion is

not comparable to an assertion that "ADX houses many other terrorist inmates besides the plaintiff" which plaintiff argues should save his equal protection claim. Furthermore, plaintiff has failed to address the deficiencies that the Court found in his equal protection claim beyond his failure to identify similarly situated individuals at ADX. Any additional challenges to the Court's Order adopting the Magistrate Judge's recommendation must be taken up on appeal after plaintiff's remaining claims have been addressed by this Court. Therefore, it is

      **ORDERED** that plaintiff's motion for reconsideration [Docket No. 93] is DENIED.

      DATED December 23, 2008.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge