IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01855-PAB-KMT

RICHARD REID,

    Plaintiff,

v.

MR. R. WILEY, Warden Federal Bureau of Prisons,
Mr. M. MUKASEY, United States Attorney General, and
MR. H. WATTS, General Counsel Federal Bureau of Prisons,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Before the court is Plaintiff's "Motion for Clarification" (Doc. No. 128, filed April 16. 2009). The motion is DENIED.

To the extent Plaintiff seeks that the court appoint counsel to take depositions, the motion is denied for the same reasons set forth in the court's order denying his previous motion to appoint counsel.  (*See* Doc. Nos. 23, 27.)

To the extent Plaintiff seeks to depose the defendants by written question, it is unnecessary for the court to approve this request.  However, if the plaintiff wishes to proceed with depositions on written questions, as with other discovery, he must pay for the costs of said depositions and he must set up the depositions, arrange for a court reporter, and arrange for attendance of the witnesses.  Plaintiff will not be able to obtain written answers to the written deposition questions.

Dated: April 16, 2009