**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01855-PAB-KMT

RICHARD REID,

    Plaintiff,

v.

MR. R. WILEY, Warden, Federal Bureau of Prisons,
MR. M. MUKASEY, United States Attorney General, and
MR. H. WATTS, General Counsel, Federal Bureau of Prisons,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL PROCEEDINGS

    The Court, having reviewed the Unopposed Motion to Stay All Proceedings (Doc. No. 184, filed July 6, 2009), and sufficient cause appearing, hereby GRANTS the motion. It is ORDERED that this case is stayed in its entirety. Defendants shall file a status report following a decision concerning Plaintiff's placement or by November 13, 2009—whichever date is earlier.

    The Court hereby accepts the Motion to Stay in lieu of a status report.

    Dated this 9th day of July, 2009.

**BY THE COURT:**

*Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge